# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, § § § § <br><br>Plaintiff, § §<br>v. § §<br>CISCO SYSTEMS, INC., § §<br>Defendant. § | CASE NO: 6:11-CV-343 (RWS) |

## JOINT STATUS REPORT

Plaintiff Commonwealth Scientific and Industrial Research Organisation ("CSIRO") and Defendant Cisco Systems, Inc., hereby submit to the Court their Joint Status Report responsive to the Court's March 8, 2016 Order. *See* Dkt. No. 340.

CSIRO will file a petition for writ of certiorari to the United States Supreme Court seeking review of the Federal Circuit's decision. The deadline for filing the writ of ceriorari is May 25, 2016. CSIRO therefore respectfully requests that this Court stay any further district court proceedings until such time that the Supreme Court has resolved CSIRO's petition. Cisco does not oppose CSIRO's request and agrees that there is good cause to maintain the status quo until such time as CSIRO exhausts its appellate rights.

Respectfully submitted this 23rd of March, 2016

| | |
|---|---|
| /s/ Michael Ng | /s/ Matthew S. Yungwirth |
| Michael Ng (CA Bar No. 237915) | L. Norwood Jameson |
| Daniel A. Zaheer (CA Bar No. 237118) | (Ga. Bar No. 003970) |
| **Kobre & Kim LLP** | wjameson@duanemorris.com |
| 150 California Street, 19th Floor | Matthew Yungwirth |
| San Francisco, CA 94111 | (Ga. Bar No. 783597) |
| Tel. 415-582-4803 | msyungwirth@duanemorris.com |
| Fax. 415-582-4811 | Alison Haddock Hutton |
| E-mail: michael.ng@kobrekim.com | (Ga. Bar No. 402448) |
| E-mail: daniel.zaheer@kobrekim.com | ahhutton@duanemorris.com |
| | **DUANE MORRIS LLP** |
| S. Calvin Capshaw (TX Bar No. 03783900) | 1075 Peachtree Street NE, Suite 2000 |
| Elizabeth L. DeRieux (TX Bar No. 05770585) | Atlanta, GA 30309-3929 |
| D. Jeffrey Rambin (TX Bar No. 00791478) | Telephone: 404.253.6900 |
| CAPSHAW DERIEUX, LLP | Facsimile: 404.253.6901 |
| 114 E. Commerce Ave. | |
| Gladewater, Texas 75647 | Michael E. Jones |
| Telephone: 903-236-9800 | (Texas Bar No. 10929400) |
| Facsimile: 903-236-8787 | mikejones@potterminton.com |
| E-mail: ccapshaw@capshawlaw.com | John F. Bufe |
| E-mail: ederieux@capshawlaw.com | (Texas Bar No. 03316930) |
| E-mail: jrambin@capshawlaw.com | johnbufe@potterminton.com |
| | **POTTER MINTON PC** |
| James M. Wagstaffe (CA Bar No. 95535) | 110 N College, Suite 500 |
| KERR &WAGSTAFFE LLP | Tyler, TX 75710-0359 |
| 100 Spear Street, Suite 1800 | Telephone: 930-597-8311 |
| San Francisco, CA 94105 | |
| Telephone: 415-371-8500 | *Counsel for Defendant* |
| Facsimile: 415-371-0500 | *CISCO SYSTEMS, INC.* |
| E-mail: wagstaffe@kerrwagstaffe.com | |

Michael F. Heim (TX Bar No. 09380923)
HEIM PAYNE &CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
Telephone: 713-221-2000
Facsimile: 713- 221-2021
E-mail: mheim@hpcllp.com
E-mail: mjones@hpcllp.com

*Attorneys for Plaintiff*
COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH ORGANISATION

## **CERTIFICATE OF SERVICE**

  I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this March 23, 2016, with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                */s/* Michael Ng